ADOLPH BLUMENKRANZ and Others, Plaintiffs, v. NA-JUA-EV HOLDING CORPORATION and Others, Defendants. In the Matter of the Application of JOHN E. HENRY, as Receiver of Rents, Profits, etc., of 762 East Third Street, Brooklyn, New York, etc., Appellant; ADOLPH BLUMENKRANZ and Others, Respondents. — Motion to resettle order of December 18, 1933, denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. COLD SPRING HARBOR VILLAGE IMPROVEMENT SOCIETY and Another, Appellants, and Others, Defendants.— Motion to amend order denied. Present — Hagarty, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE COMPOUND AND PYRONO DOOR COMPANY, Respondent (FIRST NATIONAL BANK OF CHICAGO, Assignee of Respondent), v. LOUIS KEIL, THE STATE OF NEW YORK, Appellants, STEELBILT PRODUCTS CORPORATION, Respondent, and A. PASQUINI, INC., and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

NICOLA DESALVO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.